**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00013-CR

**LEON BARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. M20-22544-L**

## ORDER

The reporter's record was due on January 10, 2022. The Dallas County directory shows that the position of court reporter at the County Criminal Court No. 10 is currently vacant. In light of this, when the record was not filed, we notified the "Dallas Court Reporter, County Criminal Court No. 10" by postcard mailed to the trial court and directed that the reporter's record be filed within thirty days. We also contacted court coordinator Vanessa Hardeman and asked who

reported this case. To date, no reporter's record has been filed and we have not been notified who the acting official court reporter was.

This appeal cannot proceed without a reporter's record, and there is no official court reporter to coordinate the filing of the record. Therefore, we **ORDER** the trial court to hold a hearing, at which any and all court reporters who have taken a portion of the record in this case are present, to determine (1) the names and addresses of all court reporters preparing portions of the record for this appeal; (2) which court reporter will be responsible for filing the complete reporter's record; (3) when the reporter's record will be completed; and (4) what steps need to be taken to ensure the record is filed by that date.

The trial court shall make its findings concerning the reporter's record in writing. The findings shall be filed in a supplemental clerk's record **no later than March 1, 2022**. A supplemental reporter's record of the hearing shall also be filed no later than **March 1, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Etta Mullin, Presiding Judge, County Criminal Court No. 10; to Felicia Pitre, Dallas County District Clerk; to Vanessa Hardeman, Court Coordinator, County Criminal Court No. 10; to Christina O'Neil, Chief Judicial Staff Counsel; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order.  It will be reinstated when the supplemental records are filed or the Court deems it appropriate to do so.

/s/    ERIN A. NOWELL
          JUSTICE